UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA N. CHUKWURAH,

                Plaintiff,

-against-

MICRO CENTER C CORPORATION,

                Defendants.

19 Civ. 06317 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On July 8, 2019, Defendant Micro Center C Corporation removed this case to federal court from Westchester County Supreme Court. (*See* ECF No. 1.) On August 7, 2019, Plaintiff filed a notice, seeking to remand this action to its original forum, Westchester County Supreme Court. (ECF No. 8.) In her accompanying memorandum, Plaintiff emphasized that she was requesting of **$74,999** and that therefore, there was no subject matter jurisdiction. (*Id.* at 3.)

Accordingly, as the monetary threshold for diversity jurisdiction is not met, the Court has no subject matter jurisdiction over this case.

The Court hereby REMANDS this case to state court. The Clerk of Court is respectfully directed to terminate the case, mail a copy of this order to her last address listed on ECF, and show proof of doing so on the docket.

SO ORDERED.

Dated:   August 21, 2019
           White Plains, New York

                                              NELSON S. ROMÁN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/19